```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 21112
   STENETTA C DAVIS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-0202


-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 11/09/2007 and was confirmed 01/03/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  17.00%.

     The case was dismissed after confirmation 02/12/2009.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
-------------------------------------------------------------------------------
GMAC MORTGAGE CORPORATIO  CURRENT MORTG        .00              .00              .00
GMAC MORTGAGE CORPORATIO  MORTGAGE ARRE     117.20              .00           117.20
WELLS FARGO FINANCIAL IL  UNSECURED         756.88              .00              .00
CREDIT PROTECTION ASSOCI  UNSECURED       NOT FILED             .00              .00
DELL FINANCIAL SERVICES   UNSECURED        2269.36              .00              .00
ECAST SETTLEMENT          UNSECURED         464.74              .00              .00
ECAST SETTLEMENT          UNSECURED       11702.08              .00              .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         590.25              .00              .00
NICOR GAS                 UNSECURED       NOT FILED             .00              .00
PERSONAL FINANCE CO       UNSECURED        1712.13              .00              .00
SBC AMERITECH ADVERTISIN  UNSECURED       NOT FILED             .00              .00
WELLS FARGO               NOTICE ONLY     NOT FILED             .00              .00
GMAC MORTGAGE CORP        NOTICE ONLY     NOT FILED             .00              .00
CAPITAL ONE               UNSECURED         543.04              .00              .00
DELL FINANCIAL SERVICES   SECURED NOT I     200.00              .00              .00
CARPENTER LAW PC          DEBTOR ATTY     3,244.00                          3,244.00
TOM VAUGHN                TRUSTEE                                             288.80
DEBTOR REFUND             REFUND                                                 .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  3,650.00

PRIORITY                                          .00
SECURED                                        117.20
UNSECURED                                         .00
ADMINISTRATIVE                               3,244.00
TRUSTEE COMPENSATION                           288.80
DEBTOR REFUND                                     .00
                         --------------    --------------

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 21112 STENETTA C DAVIS
```

| | | |
|---|---|---|
| TOTALS | 3,650.00 | 3,650.00 |

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/11/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE